PATRICK W. EMERY, ESQ., State Bar No. 061050
DAVID W. BERRY, ESQ., State Bar No. 180995
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Plaintiff
STEVEN L. GUSTAFSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. GUSTAFSON,<br><br>        Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and UNUMPROVIDENT CORPORATION.<br><br>        Defendants. | Case No.: C 07 4985 JSW (ADR)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

TO THE CLERK:

Plaintiff Steven L. Gustafson hereby requests the Clerk to enter a dismissal without prejudice of the above-entitled action. Defendants have not filed an answer to Plaintiff's Complaint, but Plaintiff and Defendants, Unum Life Insurance Company of America and Unumprovident Corporation, have resolved the matter.

Dated: November 14, 2007.

ABBEY, WEITZENBERG, WARREN & EMERY

By: _____
David W. Berry,
Attorneys for Plaintiff
Steven L. Gustafson